UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| PROJECT PAPERLESS, LLC, a Virginia Limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>UAV COMMUNICATIONS, INC. d/b/a BOSH GLOBAL SERVICES and BOSH GLOBAL SYSTEMS, a Virginia Corporation,<br><br>    Defendant. | Case No: 3:12-cv-00039-REP |

## STIPULATION OF DISMISSAL

Plaintiff Project Paperless, LLC, by its counsel, and Defendant UAV Communications, Inc., d/b/a Bosh Global Services and Bosh Global Systems., by its counsel, pursuant to Fed. R. Civ. P. 41, stipulate to the dismissal with prejudice of the claims asserted in this action, with each party to bear its own fees and costs.

This Court shall maintain jurisdiction to enforce the terms of the Settlement Agreement.

The Clerk is directed to send a copy of this Stipulation of Dismissal to counsel of record for the parties.

Dated:  April 3, 2012

                IT IS SO ORDERED

                Entered:  April _____, 2012

                _____
                Robert E. Payne, Sr.
                United States District Court Judge

**WE ASK FOR THIS**:

  /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (757) 624-3169
senoona@kaufcan.com

Steven G. Hill (*pro hac vice*)
Hill Kertscher & Wharton, LLP
3350 Riverwood Parkway, Suite 800
Atlanta, GA   30339
Telephone:  (770) 953-0995, x101
Facsimile:  (770) 953-1358
sgh@hkw-law.com

*Counsel for Plaintiff Project Paperless, LLC*


  /s/ William R. Poynter
William R. Poynter
Virginia State Bar No. 48672
Williams Mullen, P.C.
222 Central Park Avenue, Suite 1700
Virginia Beach, VA 23462
Telephone: (757) 473-5334
Facsimile: (757) 473-0395
wpoynter@williamsmullen.com

 *Counsel for Defendant UAV Communications, Inc.*

11631334_1.DOC